UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ahmed Al-kubaisi ,

Plaintiff(s)

v.

BRE WESTGATE PROPERTY OWNER LLC; and DOES 1-10, ,

Defendant(s)

Case No. C 3:25-cv-02968-TSH

NOTICE OF NEED FOR MEDIATION
AND CERTIFICATION OF COUNSEL

(ADA ACCESS CASES)

The undersigned counsel certify that the parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by General Order No. 56, paragraph 4 and that the joint site inspection required by General Order No. 56 occurred on June 12, 2025 . For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:

☐ *Attached joint submission describes satisfaction of alternative agreement.*

The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on June 12, 2025 . For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:

The parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: July 18, 2025

Signed: /s/ Matt Valenti
Attorney for Plaintiff(s)

Signed: /s/ Cris Vaughan
Attorney for Defendant(s)

Signed: _____
Attorney for Defendant(s)

*Important!* *E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"*

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 6-2020*

Clear Form                                                                                                                     Print Form